**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GEISINGER SOUTH WILKES-BARRE MEDICAL CENTER and GEISINGER CLINIC, | : |
| Plaintiffs, | : |
| -vs- | : Case No. 3:07-CV-888 |
| | : (Judge Kosik) |
| STEPHEN DUDA and BARBARA DUDA, his wife, | : |
| Defendants/ Crossclaim Plaintiffs and | : |
| AETNA LIFE INSURANCE COMPANY, | : |
| Defendants/ Crossclaim Defendants | : |

## MEMORANDUM AND ORDER

We have before us a motion to dismiss an amended complaint which appears to state a meritorious claim, but is deficient in some appropriate pleading requirements, including the naming of a necessary party.

Because we write for the parties, we find it unnecessary to repeat a complete history as well as authorities which have been extensively stated and briefed by both parties. It is our belief that a more extensive consideration of the issues would only lead to what follows here.

Accordingly, plaintiff will have twenty (20) days in which to file a second amended complaint which addresses all of the deficiencies noted in the defense motion, some of which have been acknowledged by plaintiff. A totally new pleading will permit any

continuing issues to be sorted out with discovery and followed by dispositive motions, if deemed necessary.

SO ORDERED.

*s/Edwin M. Kosik*
United States District Judge

Date: August 12, 2008